THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**EUGENIO MELCHOR-RIOS,**

    Petitioner,

v.                                                       Case No. 2:25-cv-01055-WJ-GJF

**MELISSA ORTIZ,** in her official capacity as
Acting Warden,
Torrance County Detention Center;
**MARISA FLORES,** in her official capacity as
Acting Director, Immigration and Customs
Enforcement's Enforcement and Removal Operations,
El Paso Field Office; **TODD LYONS,**
in his official capacity as Acting Director,
U.S. Immigration and Customs Enforcement,
**KRISTI NOEM,** in her official capacity as Secretary,
Department of Homeland Security; and
**PAMELA BONDI,** in her official capacity as
Attorney General; **EXECUTIVE OFFICE FOR
IMMIGRATION REVIEW**

    Respondents.

## ORDER DISMISSING AND CLOSING CASE

**THIS MATTER** comes before the Court upon Petitioner's Response to the Court's Order to Show Cause indicating the Petitioner's non-opposition to the present case being closed. **[Doc. 25]**. The Petition seeks a writ of habeas corpus directing Petitioner's release and ancillary relief. **[Doc. 1]**. Following this Court's December 30, 2025, Order, **[Doc. 11]**, Petitioner was released from custody. **[Docs. 23, 25]**. There is therefore no further relief this Court can grant in this matter. *Ferry v. Gonzales*, 457 F.3d 1117, 1132 (10th Cir. 2006) (petitioner's subsequent release rendered moot habeas petition challenging lawfulness of custody without an opportunity for bond or a bond hearing); *Hunt v. Rickard*, 25-cv-989, 2025 WL 3496307, at *1 (S.D.N.Y. Dec. 5, 2025) ("A

petitioner's release from custody moots a habeas petition that 'no longer present[s] a case or controversy under Article III, § 2, of the Constitution.'") (citing *Spencer v. Kemna*, 523 U.S. 1, 7 (1998); *Carafas v. LaVallee*, 391 U.S. 234 (1968)) (alteration in original)).

Accordingly, the action is DISMISSED AS MOOT. The Clerk of Court is directed to CLOSE this case.

SO ORDERED.

/s/_____
WILLIAM P. JOHNSON
SENIOR UNITED STATES DISTRICT JUDGE